450 A.2d 206

Commonwealth v. Fox, Appellant.

Petition for Allowance of Appeal
Denied Dec. 22, 1982.

614

Argued March 23, 1981. John R. Gailey, Jr., for appellant; William T. Hast, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.